## UNITED STATES *versus* JEREMIAH V. R. TEN EYCK.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Summons ordered issued *p. 85; (2) testimony heard *p. 86; (3) rule to bring records, etc., into court *p. 88; (4) list of records, etc., brought into court *p. 89.

PAPERS IN FILE: (1) Rule on late clerk to deliver records, etc., to the present clerk; (2) rule to deliver records, proof of service; (3) affidavit of John Winder; (4) draft of summons; (5) summons and return; (6) affidavit of John Winder; (7) form of subpoena; (8) subpoena; (9) minutes of testimony; (10) rule on marshal to search for records; (11) draft of order for attachment; (12) writ of attachment and return; (13) recognizance to appear; (14) motion for discharge from arrest; (15) motion for rule to bring records, etc., into court; (16) draft of rule to bring records; (17) rule to bring records, proof of service; (18) list of records, etc., brought into court; (19) motion to strike case from one of the journals; (20–21) recognizances; (22) interrogatories propounded to respondent; (23) motion to quash and to dismiss; (24) answer to interrogatories; (25) draft of order for discharge from recognizance; (26–28) bills of costs.